LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

February 20, 2023

**<u>Via ECF and E-Mail</u>**
The Honorable Ann M. Donnelly
United States District Court Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re: *United States v. James Albert*, 20 Cr. 064 (AMD)

Dear Judge Donnelly:

    As the Court is aware, we represent James Albert in the above-referenced matter. On January 6, 2023, we filed a motion on Mr. Albert's behalf respectfully requesting that the Court enter an Order for a judgment of acquittal on Counts Three and Four pursuant to Rule 29 of the Federal Rules of Criminal Procedure.

    We write to notify the Court that we will not be filing a response to the Government's reply motion filed February 6, 2023.

                                                                        Respectfully submitted,

                                                                        /s/

                                                                    Kestine Thiele, Esq.
                                                                    Anthony Cecutti, Esq.